**UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

Print Form

## BILL OF COSTS

**NOTE: The Bill of Costs is due in this office *within 14 days from the date of the opinion, See* FED. R. APP. P. & 5ᵀᴴ CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.**

Administrators of Tulane Education v. Ipsen, S.A & Ipsen Pharma, SAS    No. 10-30211
Fund & David H. Coy

The Clerk is requested to tax the following costs against: Administrators of Tulane Educational Fund & David H. Coy

| COSTS TAXABLE UNDER Fed. R. App. P. & 5ᵗʰ Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | ███ | ███ | ███ | | ███ | ███ | ███ | |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 11 | 82 | *0.15 | 135.30 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other: | | | | | | | | |

Total $ 135.30     Costs are taxed in the amount of $ ___

Costs are hereby taxed in the amount of $ _____ this _____ day of _____, _____.

State of Louisiana
County of Orleans Parish

LYLE W. CAYCE, CLERK

By _____
Deputy Clerk

I David McLean Culpepper ___, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 31st day of August, 2011.

_____
(Signature)

**\*SEE REVERSE SIDE FOR RULES GOVERNING TAXATION OF COSTS**

Attorney for Ipsen, SA & Ipsen Pharma, SAS